IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RAYMOND SETZKE                                                                                PETITIONER

        v.                           Civil No. 08-5148

LARRY NORRIS, Director,
Arkansas Department of Correction                                                   RESPONDENT

### ORDER

    Raymond Setzke, a prisoner of the Eastern Arkansas Regional Unit of the Arkansas Department of Correction, has submitted for filing in this district a petition for writ of habeas corpus under 28 U.S.C. § 2254. Along with his petition, Raymond Setzke has asked the court to allow him to proceed *in forma pauperis* (IFP). He points out he has been granted leave to proceed IFP in other cases pending before the court Civil No. 07-5185 and 07-5186. He indicates his financial condition has not changed. The clerk is directed to file the application to proceed IFP provided to the court in case number 07-5186 in this case. Since it appears the petitioner is unable to pay the costs of commencement of suit, the following order is entered.

    IT IS HEREBY ORDERED that petitioner's request to proceed IFP is granted. The clerk is directed to file the petition *nunc pro tunc* as of May 20, 2008. The matter of service will be determined at a later date.

    IT IS SO ORDERED this 25th day of June 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-