```
                IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF ARKANSAS
                        FAYETTEVILLE DIVISION

RAYMOND SETZKE                                          PLAINTIFF

            v.              Civil No. 08-5148

LARRY NORRIS, Director,
Arkansas Department
of Correction                                          DEFENDANT
```

## ORDER

NOW on this 22nd day of July 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #4), filed on June 25, 2008, and the Court, being well and sufficiently advised that there has been no objection thereto, finds that the Report and Recommendation should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Report and Recommendation of the Magistrate Judge** is **adopted *in toto*.** Accordingly, Plaintiff's Motion to Dismiss (document #5) is hereby granted and his habeas corpus petition is dismissed.

**IT IS SO ORDERED.**

```
                      /s/ Jimm Larry Hendren
                      JIMM LARRY HENDREN
                      UNITED STATES DISTRICT JUDGE
```